Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| METLIFE HOME LOANS LLC, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC., et al., <br><br> Defendants. | Case No.: 2:20-cv-01798-GMN-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION FOR REMAND** <br><br> **[FIRST REQUEST]** |

COMES NOW defendant Chicago Title Insurance Company ("Chicago Title") and plaintiff Metlife Home Loans LLC ("Plaintiff"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:



583634.2

1
**STIPULATION AND ORDER**

1. On September 25, 2020, Plaintiff filed its Complaint in the Eighth Judicial District Court, Case No. A-20-821971-C [ECF No. 1-1];

2. On September 27, 2020, Chicago Title removed the action to this Court based on diversity jurisdiction [ECF No. 1];

3. On October 27, 2020, Plaintiff moved to remand the action to the Eighth Judicial District Court [ECF No. 7];

4. Chicago Title's deadline to respond to the motion to remand is currently November 10, 2020;

5. Chicago Title's counsel is requesting a thirty-day extension until December 10, 2020 to file the response to the motion to remand;

6. This extension is requested to allow counsel for Chicago Title additional time to review and respond to the points and authorities cited in the pending motion for remand;

7. Counsel for Plaintiff does not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



583634.2

2
**STIPULATION AND ORDER**

8. This is the first request for extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: November 9, 2020                EARLY SULLIVAN WRIGHT
                                        GIZER & McRAE LLP

By: */s/-- Sophia S. Lau*
   SCOTT E. GIZER
   SOPHIA S. LAU
   Attorneys for Defendant CHICAGO TITLE
   INSURANCE COMPANY

Dated: November 9, 2020                SINCLAIR BRAUN LLP

By: */s/-Kevin S. Sinclair*
   KEVIN S. SINCLAIR
   Attorneys for Defendant CHICAGO TITLE
   INSURANCE COMPANY

Dated: November 9, 2020                WRIGHT FINLAY & ZAK, LLP

By: */s/-Lindsay D. Robbins*
   LINDSAY D. ROBBINS
   Attorneys for Plaintiff
   METLIFE HOME LOANS, LLC

**IT IS SO ORDERED.**

Dated this 9 day of November, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT



583634.2

3
**STIPULATION AND ORDER**

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                              */s/ D'Metria Bolden*
                                              D'METRIA BOLDEN
                                              An Employee of EARLY SULLIVAN WRIGHT GIZER & McRAE LLP