WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, MetLife Home Loans LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| METLIFE HOME LOANS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; CHICAGO TITLE AGENCY OF NEVADA, INC. AKA CHICAGO TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01798-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 19]**<br><br>**[First Request]** |

COMES NOW Plaintiff MetLife Homes Loans LLC ("MetLife") and Defendant Chicago Title Insurance Company ("Chicago Title"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On September 26, 2020, MetLife filed its Complaint in Eighth Judicial District Court, Case No. A-20-821971-C [ECF No. 1-1];
2. On September 27, 2020, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];
3. On November 16, 2020, Chicago Title filed a Motion to Dismiss [ECF No. 19];

4. MetLife's deadline to respond to Chicago Title's Motion to Dismiss is currently November 30, 2020;

5. MetLife's counsel is requesting a brief extension until Friday, December 4, 2020, to file its response to the pending Motion to Dismiss;

6. This extension is requested to allow counsel for MetLife additional time to review and respond to the points and authorities cited to in the pending Motions;

7. Counsel for Chicago Title does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 30th day of November, 2020. | DATED this 30th day of November, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins* <br> Darren T. Brenner, Esq. <br> Nevada Bar No. 8386 <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, MetLife Home Loans LLC* | */s/ Kevin S. Sinclair* <br> Kevin S. Sinclair, Esq. <br> Nevada Bar No. 12277 <br> 16501 Ventura Boulevard, Suite 400 <br> Encino, California 91436 <br> *Attorney for Defendants, Fidelity National Title Group, Inc., Chicago Title Insurance Company, and Chicago Title Agency of Nevada, Inc.* |

**IT IS SO ORDERED.**

Dated this __30__ day of November, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT